JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Tricor America, Inc., | ) | Case No. **CV 07-7721-JFW (JTLx)** |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| Illinois Union Insurance Company, et al., | ) | |
| Defendant. | ) | |

    The Court, having granted the Defendant Illinois Union Insurance Company's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Illinois Union Insurance Company was entitled to judgment as a matter of law on all claims for relief alleged against it,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

    1. Plaintiff Tricor America, Inc. shall recover nothing from Defendant Illinois Union Insurance Company;

    2. Defendant Illinois Union Insurance Company shall have judgment in its favor on Plaintiff Tricor America, Inc.'s entire action; and

3. Defendant Illinois Union Insurance Company shall recover from Plaintiff Tricor America, Inc. its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: June 10, 2008

                    JOHN F. WALTER
                 UNITED STATES DISTRICT JUDGE